THOMAS DEWITT CUYLER, EXECUTOR OF THE LAST WILL OF MARIE
DEWITT JESSUP, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed May 12, 1917.*

INHERITANCE TAX—*refund of.* Inheritance tax erroneously collected and
paid into the State treasury will be refunded.

Rosenthal, Hamil & Wormser, for Claimant.

Edward J. Brundage, Attorney General, for State.

Claimant is the executor of the last will and testament of Maria
DeWitt Jessup, who died on the 17th day of June, A. D. 1914, a resi-
dent of the State of New York.

On June 14, 1915, the County Judge of Cook County, Illinois, en-
tered an order approving the inheritance appraiser's tax report, which
fixed the tax on decedent's property at $22,628.46.

On May 17, 1915, which was prior to the date of the entry of the
order aforesaid, claimant for the purpose of securing the payment of
tax which might be assessed against the estate, deposited with the Peo-
ples Trust and Savings Bank of Chicago, to the credit of the inheritance
tax officials in said proceedings, the sum of $30,000.00 and they in turn
paid to the County Treasurer of Cook County, under protest, out of said
deposit, the sum of $23,986.17, being the amount of tax assessed by
the order of the County Judge, with interest thereon at the rate of six
per cent per annum from June 17, 1914, the date of the decedent's death.

On August 15, 1915, an appeal was taken to the County Court from
the order of the County Judge, fixing the tax aforesaid, and the County
Court after making some deductions reduced the tax to $18,829.50.

A further appeal was taken to the Supreme Court of the State of
Illinois, from the final order and judgment of the County Court of
Cook County, which resulted in a reversal of the final order and judg-
ment of said County Court, *People v. Cuyler, et al* 276 Ill. 72.

Later a final order was entered in the County Court of Cook County
in accordance with the judgment and mandate of the Supreme Court.
This final order provided that the total tax should be $14,907.87 which
represents the amount of the final order and judgment of the $14,060.80
with interest thereon at the rate of 6% from June 17, 1914, the date of
decedent's death to June 14, 1915, the date of said payment.

Claimant having paid the sum of $23,986.17 in accordance with
the erroneous order of the County Judge, instead of $14,907.87 the
amount he should have paid, he is therefore entitled to a refund of the
difference, amounting to $9,078.30.

We therefore make an award to claimant of nine thousand seventy-
eight and 30/100 ($9,078.30) dollars.